IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUSTIN LILLY, individually and on behalf of all others similarly situated | : | CIVIL ACTION |
| | : | No. 25-939 |
| v. | : | |
| | : | |
| RYOBI TECHNOLOGIES, INC. and TTI OUTDOOR POWER EQUIPMENT, INC. | : | |

**ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of Defendants Ryobi Technologies and TTI Outdoor Power Equipment, Inc.'s (collectively "TTI") Motion to Dismiss (Dkt. No. 16) and the briefing on the motion thereto—and for the reasons set forth in the accompanying Memorandum—it is ORDERED the Motion is GRANTED IN PART AND DENIED IN PART as follows:

- TTI's motions to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) for lack of personal jurisdiction and venue are DENIED
- TTI's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) is GRANTED IN PART. Lilly's claims of Unjust Enrichment (Count I), Breach of Express Warranty (Count II), Fraudulent Concealment claim (Count V), Strict Liability (Count VI), Strict Liability – Design Defect (Count VII), and Negligent Failure to Warn (Count VIII), Negligent Design Defect (Count IX), and Negligence (Count X) are DISMISSED WITH PREJUDICE.
- TTI's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) is DENIED as to Lilly's Breach of Implied Warranty (Count III) and Breach of Implied Warranty of Merchantability (Count IV).
- It is FURTHER ORDERED the TTI is to file its answer by August 28, 2026.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.